**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>CHIEF JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>MICHELLE PONSEN | Case No.: 2:22-cv-02076 |

**DAVOL INC.'S AND C. R. BARD, INC.'S SHORT FORM ADOPTION BY REFERENCE ANSWER TO PLAINTIFFS' SHORT FORM ADOPTION BY REFERENCE COMPLAINT**

Pursuant to Case Management Order No. 9, Defendants Davol Inc. and C. R. Bard, Inc. ("Defendants"), by and through their undersigned counsel, hereby submit their Short Form Adoption by Reference Answer.

Defendants hereby incorporate by reference and adopt, as though restated in full, the Master Answer dated January 2, 2019, including each and every Affirmative Defense, and deny all causes of action in the Master Complaint and Short-Form Adoption by Reference Complaint unless expressly admitted.

This Short-Form Adoption by Reference Answer is not intended to and shall not waive any applicable defenses available to Defendants at this time, and Defendants hereby reserve the right to respond to Plaintiffs individual complaint by way of any motions permissible under the Federal Rules of Civil Procedure or as set forth in CMO No. 9, at section VII.

Defendants demand a Jury Trial on all Counts.

Dated:  May 20, 2022 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/William D. Kloss, Jr.
　　　　　　　　　　　　　　　　　　　William D. Kloss, Jr.
　　　　　　　　　　　　　　　　　　　Arryn K. Miner
　　　　　　　　　　　　　　　　　　　Henrique A. Geigel
　　　　　　　　　　　　　　　　　　　**Vorys Sater Seymour and Pease**
　　　　　　　　　　　　　　　　　　　52 East Gay Street
　　　　　　　　　　　　　　　　　　　Columbus, OH 43215
　　　　　　　　　　　　　　　　　　　(614) 464-6360
　　　　　　　　　　　　　　　　　　　wdklossjr@vorys.com
　　　　　　　　　　　　　　　　　　　akminer@vorys.com
　　　　　　　　　　　　　　　　　　　hageigel@vorys.com

　　　　　　　　　　　　　　　　　　　Michael K. Brown
　　　　　　　　　　　　　　　　　　　**REED SMITH LLP**
　　　　　　　　　　　　　　　　　　　355 South Grand Avenue
　　　　　　　　　　　　　　　　　　　Suite 2900
　　　　　　　　　　　　　　　　　　　Los Angeles, CA  90071-1514
　　　　　　　　　　　　　　　　　　　(213) 457-8000
　　　　　　　　　　　　　　　　　　　mkbrown@reedsmith.com

　　　　　　　　　　　　　　　　　　　Eric L. Alexander
　　　　　　　　　　　　　　　　　　　**REED SMITH, LLP**
　　　　　　　　　　　　　　　　　　　1301 K Street, NW
　　　　　　　　　　　　　　　　　　　Suite 1000 – East Tower
　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　(202) 414-9200
　　　　　　　　　　　　　　　　　　　ealexander@reedsmith.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Davol Inc. and*
　　　　　　　　　　　　　　　　　　　*C. R. Bard, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

      /s/William D. Kloss, Jr.
William D. Kloss, Jr.
*Counsel for Defendants Davol Inc. and C. R. Bard, Inc.*